| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Meghann A Triplett<br>Margulies Faith LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436<br><br>818-705-2777<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA

| In re:<br><br>BroBasket California, LLC<br><br><br><br>Debtor(s). | CASE NO.: 9:24-bk-10178-RC<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 9:26-ap-01003-RC |
|---|---|
| Jeremy W. Faith, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Andrew Binetter<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/25/2026.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
- **Date:** April 22, 2026
- **Time:** 09:00 AM
- **Hearing Judge:** Ronald A Clifford III
- **Location:** 1415 State St., Crtrm 201, Santa Barbara, CA 93101

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 1     **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

        **KATHLEEN J. CAMPBELL**
        **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>February 23, 2026</u>

        By: <u>"s/" Elizabeth Anne Spann</u>
            Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016      Page 2      **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeremy W. Faith, Chapter 7 Trustee | Andrew Binetter<br>Samanta Kelliher Binetter<br>AJB BB Holdings, Inc., a Delaware Corporation<br>Bird Tree Stone PR, Inc., a Puerto Rico For–Profit Corporation<br>Drayla, LLC, a Delaware Limited Liability Company<br>Gavin Caganoff<br>BroBasket USA, LLC, a Delaware Limited Liability Company<br>Nate's Fine Foods, a California Limited Liability Company |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):

  A. **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] (DKT NO. 2-1);**
  B. **COMPLAINT FOR: (1) AVOIDANCE, RECOVERY, AND PRESERVATION OF ACTUAL FRAUDULENT TRANSFERS [11 U.S.C. 544(b)(1), 548(a)(1)(A), AND Cal. Civ. Code §§ 3439.04(a)(1) AND 3439.07, 550, and 551]; AVOIDANCE, RECOVERY, AND PRESERVATION OF CONSTRUCTIVELY FRAUDULENT [11 U.S.C. §§ 544(b)(1), 548(a)(1)(B), and Cal. Civ. Code §§ 3439.04(a)(2), 3439.05 and 3439.07, 550, AND 551]; AVOIDANCE, RECOVERY, AND PRESERVATION OF ACTUAL FRAUDULENT TRANSFERS [11 U.S.C. §§ 548(A)(1)(A), 550, AND 551]; AVOIDANCE, RECOVERY, AND PRESERVATION OF CONSTRUCTIVELY FRAUDULENT TRANSFERS [11 U.S.C. §§ 548(A)(1)(B), 550, AND 551]; AVOIDANCE, RECOVERY AND PRESERVATION OF PREFERENTIAL TRANSFERS [11 U.S.C. §§ 547, 550, AND 551]; DISALLOWANCE OF PROOFS OF CLAIM; AND EQUITABLE SUBORDINATION OF PROOFS OF CLAIM; BREACH OF FIDUCIARY DUTY;  CONVERSION; UNJUST ENRICHMENT; AND DECLARATORY AND EQUITABLE RELIEF (DKT NO. 1-1);**
  C. **ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES JUDGE RONALD A. CLIFFORD III (DKT NO 2) with A COPY OF THE LOCAL FORM F7016-1STATUS.REPORT; AND**
  D. **NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1 (DKT NO. 3).**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Judge Clifford's Procedures (Rev. 7/10/2025)

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2026 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                   F 9013-3.1.PROOF.SERVICE

# ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Jeremy W. Faith (TR)
Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;leedowding@gmail.com

Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 7 Trustee
Meghann@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| **ANDREW BINETTER**<br>20 Heron Dr.,<br>Hewlett NY, 11557 | **ANDREW BINETTER**<br>55575 Avenida Isle Verde #803,<br>Carolina, PR 00979 | **ANDREW BINETTER**<br>40 Calle 10, PH-A CNDO<br>Torrimar Plaza,<br>Guaynabo, PR 0969-3207 |
| **ANDREW BINETTER**<br>651 Via Alondra, Suite 702,<br>Camarillo, CA 93012 | **SAMANTHA KELLIHER BINETTER**<br>20 Heron Drive<br>Hewlett NY, 11557 | **AJB BB HOLDINGS, Inc.**<br>5575 Ave Isla Verde,<br>Apt. 803, Carolina,<br>Puerto Rico, 00979 |
| **AJB BB HOLDINGS, Inc.,**<br>c/o National Registered Agents, Inc.,<br>1209 Orange Street, Wilmington,<br>New Castle County, Delaware 19801 | **BIRD TREE STONE PR, INC.**<br>1064 Ponce De Leon<br>Suite 201<br>San Juan PR 00907 | **DRAYLA, LLC,**<br>c/o National Registered Agents, Inc.,<br>1209 Orange Street, Wilmington,<br>New Castle County, Delaware 19801 |
| **GAVIN CAGANOFF**<br>3 Peter Cooper Rd Apt 4F<br>New York, NY 10010-6616 | **BROBASKET USA, LLC**<br>c/o Andrew Binetter<br>40 Calle 10 Apt PH−A<br>Guaynabo, PR 00969 | **BROBASKET USA, LLC**<br>c/o Jeremy Rothstein<br>G&B Law, LLP<br>16000 Ventura Blvd., Suite 1000<br>Encino, CA 91436 |
| **NATE'S FINE FOODS, LLC**<br>Agent for Service of Process:<br>Nathan Barker 8880 Industrial Ave,<br>Suite 100<br>Roseville, CA 95678 | **NATE'S FINE FOODS, LLC**<br>c/o National Registered Agents, Inc.,<br>1209 Orange Street, Wilmington,<br>New Castle County, Delaware 19801 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**